

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

November 19, 2021

BY ECF

Honorable Katherine Polk Failla
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007



        Re:  Chaim Dahari v. Comm'r of Soc. Sec.
            21 Civ. 6275 (KPF)

Dear Judge Failla:

      This office represents the Commissioner of Social Security in the above-referenced case. The administrative record is due in this case on November 22, 2022.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be adjourned for 60 days, until January 21, 2022.  The reason for this request is the Social Security Administration needs additional time to prepare the record.  No prior adjournment has been requested in this case.  We appreciate the Court's consideration of this request.

                Respectfully,

                DAMIAN WILLIAMS
                United States Attorney

        By:       s/ *Susan D. Baird*
                SUSAN D. BAIRD
                Assistant United States Attorney
                tel. (212) 637-2713
                Susan.Baird@usdoj.gov

cc: Christopher D. Latham, Esq.

Application GRANTED. Defendant's time to submit the administrative record in this case shall be extended to January 21, 2022.

The Clerk of Court is directed to close the pending motion at docket entry 7.

Date:      November 21, 2021              SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE