

**Pasternack Tilker Ziegler Walsh Stanton & Romano**
Attorneys At Law

25 Newbridge Road
Suite 203
Hicksville, NY 11801

P: 800.692.3717
P: 516.742.3636
F: 516.742.3994

www.workerslaw.com

Author's Direct:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2022

Electronically Filed

March 9, 2022

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Application GRANTED. SO ORDERED.
Dated: March 10, 2022

Re:  *Chaim Dahari v. Commissioner of Social Security*
     Civil Action No. 1:21-cv-06275-SDA

Dear Magistrate Judge Aaron:

The undersigned respectfully requests a 60-day extension to file and serve Plaintiff's Motion for Summary Judgment on the Pleadings. This is Plaintiff's first extension request in this matter. Our office received approximately 10 Certified Administrative Records within a few days of each other. The resultant schedules include 8 motions due on the same date. Due to the unexpected influx of records and our limited capacity to handle such high volume in such a short time, we need additional time to file motions, including this one.

Ig granted, the following is the proposed Revised Scheduling Order:

- Plaintiff to file and serve a Motion for Summary Judgment on May 21, 2022.
- Defendant to file and serve their Cross-Motion on July 20, 2022.
- Plaintiff to file and serve his Reply on August 10, 2022.

We thank Your Honor for consideration in this matter.

Very truly yours,

PASTERNACK TILKER ZIEGLER
WALSH STANTON & ROMANO, LLP

*Christopher D. Latham*

CHRISTOPHER D. LATHAM

CDL sv

cc:     Susan D. Baird via ECF