**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHAIM DAHARI,

                Plaintiff,                    21 **CIVIL** 6275 (SDA)

      -v-                                **JUDGMENT**

ACTING COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Consent Order dated July 18, 2022, that this action be, and hereby is,

reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42

U.S.C. § 405(g), for further administrative proceedings. Upon remand, the ALJ will be directed

to offer Plaintiff the opportunity for a new hearing and issue a new decision.

**Dated:**  New York, New York
        July 18, 2022

                                 **RUBY J. KRAJICK**

                                   **Clerk of Court**

              **BY:**          K. Mango

                                 **Deputy Clerk**